IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01192-MSK-MJW

TERRA ROWE,

Plaintiff(s),

v.

KEVIN SCHOFIELD PARKS, et al.,

Defendant(s).

**MINUTE ORDER**

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

  It is hereby ORDERED that (1) Defendant's Motion for Leave of Court, Pursuant to F.R.C.P. [sic] Rule 15 (a), to Amend His Answer, Affirmative Defenses, and Counterclaims to Reflect the Dismissal of Claims Against Jeffrey and Carolyn Fields, and to Amend the Captions of the Complaint to Reflect the Removal of Mr. and Mrs. Fields from the Caption (docket no. 12) and (2) Defendant's Renewed Motion and Order for Leave of Court, Pursuant to F.R.C.P. [sic] Rule 15 (a), to Amend His Answer, Affirmative Defenses, and Counterclaims to Reflect the Dismissal of Claims Against Jeffrey and Carolyn Fields, and to Amend the Captions of the Complaint to Reflect the Removal of Mr. and Mrs. Fields from the Caption (docket no. 27) are both GRANTED IN PART AND DENIED IN PART.

  These two motions (docket nos. 12 and 27) are GRANTED pursuant to Fed. R. Civ. P. 15 (a) as follows.  Defendant Parks will be permitted to file an Amended Answer. Defendant Parks shall file with this court his Amended Answer within ten days from the date of this Order so it may be properly be docketed.  The caption of this case shall delete Jeffrey and Carolyn Fields.  These motions (docket nos. 12 and 27) are DENIED in that both Plaintiff Rowe and Defendant Parks admit in the above motions and responses that Jeffrey and Carolyn Fields were never properly served by Defendant Parks.  This court agrees that Jeffrey and Carolyn Fields were never properly served and therefore Mr. and Mrs. Fields have never been parties to this lawsuit.  Therefore, Defendant's two motions (docket nos. 12 and 27)  above are, in essence, requesting dismissal of any claims by Defendant Parks against Jeffrey and Carolyn Fields pursuant to Fed. R. Civ. P. 41 (a) as part of the relief sought in both motions above.  Since Mr. and Mrs. Fields were never properly served and thus never were parties to this lawsuit there is no need to request dismissal of Mr. and Mrs. Fields as parties to this lawsuit.

August 22, 2006