IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01192-MSK-MJW

TERRA ROWE,

Plaintiff(s),

v.

KEVIN SCHOFIELD PARKS, et al.,

Defendant(s).

**MINUTE ORDER**

It is hereby ORDERED that Plaintiff's Unopposed Motion for Modification of Scheduling Order (docket no. 72) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED insofar the deadline to complete discovery will be extended to June 1, 2007. The deadline to file dispositive is extended one day to June 1, 2007. The request to extend dispositive motion deadline to June 29, 2007, is DENIED. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: April 9, 2007