IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01192-MSK-MJW

TERRA ROWE,

Plaintiff(s),

v.

KEVIN SCHOFIELD PARKS, et al.,

Defendant(s).

**MINUTE ORDER**

It is hereby ORDERED that Defendant Kevin S. Parks' Unopposed Motion to Vacate the May 16, 2007 Settlement Conference (docket no. 83) is GRANTED. The May 16, 2007 Settlement Conference is VACATED. The parties may request a resetting of such Settlement Conference by filing an appropriate motion with the court.

It is FURTHER ORDERED that Defendant Omsco, Inc.'s Unopposed Motion to Excuse Its Participation in the May 16, 2007 Settlement Conference (docket no. 81) is MOOT and therefore DENIED.

It is FURTHER ORDERED that Plaintiff's Partly Unopposed Motion for Extension of Time to Respond to Defendant Omsco, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint (docket no. 79) is GRANTED. Plaintiff shall have up to and including May 14, 2007, to file any response to Defendant Omsco, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint.

Date: May 15, 2007