IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01192-MSK-MJW

TERRA ROWE,

        Plaintiff/Counter Defendant,

v.

KEVIN SCHOFIELD PARKS,
        Defendant/Counter Claimant,

OMSCO, INC.,
        Defendant,

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the "Stipulation for Dismissal of Defendant Omsco, Inc., With Prejudice" **(#91)** filed May 31, 2007.  The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter against Defendant Omsco, Inc. are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The caption shall be amended to delete reference to Omsco, Inc.

Dated this 1st day of June, 2007

                                    **BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge