IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01192-MSK-MJW

TERRA ROWE,

    Plaintiff,

v.

KEVIN SCHOFIELD PARKS,

    Defendant.

---

**ORDER VACATING THE JULY 16, 2007 SETTLEMENT CONFERENCE**
(Docket no. 98)

---

This matter coming before the Court on Out-of-State Defendant Kevin S. Parks' Motion to Vacate the July 16, 2007 Settlement Conference [doc. #98], the Court being sufficiently advised in the premises, and finding that good cause has been shown, it is hereby

**ORDERED** that said motion is **GRANTED**. The settlement conference previously scheduled for July 16, 2007 [*see* doc. #90] is hereby **VACATED**.

ENTERED this 9TH day of July, 2007.

BY THE COURT:

_/s/ Michael J. Watanabe_
United States District/Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO