IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01192-MSK-MJW

TERRA ROWE,

    Plaintiff/Counter Defendant,

v.

KEVIN SCHOFIELD PARKS,

    Defendant/Counter Claimant.

---

## ORDER CLOSING CASE

THIS MATTER is before the Court on the Joint Motion to Vacate Final Pretrial Conference and to Administratively Close Action in Light of Settlement (Joint Motion) **(#104)** filed August 31, 2007. The parties having represented that all claims have been resolved by settlement, the Court

ORDERS that the Joint Motion is **GRANTED**. The case shall be closed, with all deadlines, hearings and the trial vacated.

Dated this 5th day of September, 2007.

                                                    **BY THE COURT:**

                                                    Marcia S. Krieger
                                                    United States District Judge