IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01192-MSK-MJW

TERRA ROWE,

    Plaintiff,

v.

KEVIN SCHOFIELD PARKS,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER is before the Court on the "Stipulation of Dismissal with Prejudice" (**#106**) originally filed September 14, 2007, and subsequently refiled at the Court's request, together with a proposed order. The Court having reviewed the foregoing:

**ORDERS** that all remaining claims and counterclaims asserted in the above-captioned matter between plaintiff Terra Rowe and defendant Kevin S. Parks are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. Having previously been closed administratively by the Order Closing Case (**#105**), this action is now formally dismissed with prejudice in its entirety.

Dated this 24th day of September, 2007.

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*
                                            Marcia S. Krieger
                                            United States District Judge